

Channel Fish Process Co Inc
200 Commerce Dr.
Braintree, MA 02184
Phone: (617) 464-3366

# CHANNEL FISH PROCESSING

**INVOICE**

| Invoice No. | Date | PG |
|---|---|---|
| 455569 | 02/10/23 | 1 |
| Payment Due | 03/03/23 | |

ROUTE: 05  - DELIVERIES AFTE
SLS: ML- Michael Linquata
Printed: 02/14/23 11:16:11

**SOLD TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233 FAX:
CONTACT: Mark Granier

**SHIP TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233
CONTACT:

| ORDER NO. | SHIP DATE | CUST. NO | PO. NO. | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 163299 | 02/10/23 | LABA01 | | Aquaphine Truck | Net 21 Days |

| ORDER QTY | ITEM | | SHIP QTY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4990.4 LB | 81310310 | SALMON CANADIAN 3-4 | 4990.44 LB | 30LB | 9.00 | 44,913.96 |

TOTAL ITEM: 1

| | |
|---|---|
| SUB TOTAL | 44,913.96 |
| TAX | |
| FREIGHT/OTHER | |
| **TOTAL** | 44,913.96 |

Please Remit Payments to:
PO Box 6072
Brattleboro, VT 05302-6072

CUSTOMER'S SIGNATURE            DRIVER'S SIGNATURE