

Channel Fish Process Co Inc
200 Commerce Dr.
Braintree, MA 02184
Phone: (617) 464-3366

# CHANNEL FISH PROCESSING

**INVOICE**

| Invoice No. | Date | PG |
|---|---|---|
| 455795 | 02/17/23 | 1 |
| Payment Due | | 03/10/23 |

ROUTE: 00   - PICK UP EARLY -
SLS: ML- Michael Linquata
Printed: 02/20/23 13:13:04

**SOLD TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233 FAX:
CONTACT: Mark Granier

**SHIP TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233
CONTACT:

| ORDER NO. | SHIP DATE | CUST. NO. | PO. NO. | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 163567 | 02/17/23 | LABA01 | | COMMON CARRIER | Net 21 Days |

| ORDER QTY | ITEM | | SHIP QTY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5024.2 LB | 81310310 | SALMON CANADIAN 3-4 | 30LB | 5024.24 LB | 9.00 | 45,218.16 |

TOTAL ITEM:   1

| | |
|---|---|
| **SUB TOTAL** | 45,218.16 |
| **TAX** | |
| **FREIGHT/OTHER** | |
| **TOTAL** | 45,218.16 |

Please Remit Payments to:
PO Box 6072
Brattleboro, VT 05302-6072

CUSTOMER'S SIGNATURE

DRIVER'S SIGNATURE