

Channel Fish Process Co Inc
200 Commerce Dr.
Braintree, MA 02184
Phone: (617) 464-3366

# CHANNEL FISH PROCESSING

**INVOICE**

| Invoice No. | Date | PG |
|---|---|---|
| 456402 | 03/03/23 | 1 |
| Payment Due | | 03/24/23 |

ROUTE: 00  - PICK UP EARLY -
SLS: ML- Michael Linquata
Printed: 03/07/23 12:46:01

**SOLD TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233 FAX:
CONTACT: Mark Granier

**SHIP TO:**
La Barrique Pub Gourmand, Inc.
28 Chemin cote
Saint Louis Ouest
Blainville, QC J7C 1B8

TEL: (866) 962-5233
CONTACT:

| ORDER NO. | SHIP DATE | CUST. NO. | PO. NO. | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 164151 | 03/03/23 | LABA01 | 3/3 | COMMON CARRIER | Net 21 Days |

| ORDER QTY | ITEM | | SHIP QTY | UM | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5000.0 LB | 81310310 | SALMON CANADIAN 3-4 | 30LB 4898.76 LB | | 9.50 | 46,538.22 |

TOTAL ITEM: 1

| | |
|---|---|
| SUB TOTAL | 46,538.22 |
| TAX | |
| FREIGHT/OTHER | |
| TOTAL | 46,538.22 |

Please Remit Payments to:
PO Box 6072
Brattleboro, VT 05302-6072

CUSTOMER'S SIGNATURE          DRIVER'S SIGNATURE