UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHANNEL FISH PROCESSING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> LA BARRIQUE PUB GOURMAND INC., <br><br> Defendant | Civ. A. No. |

## DISCLOSURE STATEMENT

The plaintiff, Channel Fish Processing Co., Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. The plaintiff is a Massachusetts corporation with its principal place of business in Massachusetts and is therefore a citizen of Massachusetts for jurisdictional purposes.

Respectfully submitted,

CHANNEL FISH PROCESSING CO., INC.

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN & RUDMAN, LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: May 19, 2023

3457768_1