UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHANNEL FISH PROCESSING CO., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LA BARRIQUE PUB GOURMAND INC.,<br><br>Defendant | Civ. A. No. 1:23-cv-11120-JCB |

**PROOF OF SERVICE**

Pursuant to Fed. R. Civ. P. 4(*l*)(2)(B), the plaintiff submits the following proof of service under Fed. R. Civ. P. 4(f)(2)(A):

1. Affidavit of Michel Di Fiore, a *huissier de justice* (bailiff) in Québec, concerning an unsuccessful attempt at service on the defendant at its registered office on May 29, 2023, in English and French, attached as Exhibit 1.

2. Affidavit of Michel Di Fiore concerning a second unsuccessful attempt at service on the defendant's president, Gerard Desbiens, on June 2, 2023, in English and French, attached as Exhibit 2.

3. Affidavit of François Le Blanc, *huissier de justice* of Québec, proving that the summons and complaint were served on the defendant under the law of Québec, in particular, Article 135, 136, and 137 of the Civil Code, on June 14, 2023, attached as Exhibit 3.

1

                          Respectfully submitted,

                          CHANNEL FISH PROCESSING CO., INC.

                          By its attorney:

                          */s/ Theodore J. Folkman*

                          Theodore J. Folkman (BBO No. 647642)
                          RUBIN & RUDMAN, LLP
                          53 State St.
                          Boston, Mass. 02109
                          (617) 330-7000
                          tfolkman@rubinrudman.com

Dated:  June 20, 2023