UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil action no. 1:23-CV-11120-JCB

CHANNEL FISH PROCESSING CO. INC, PLAINTIFF

AND

LA BARRIQUE PUB GOURMAND INC.   DEFENDANT

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Michel Di Fiore, bailiff for the province of Québec, make oath and say :

My professional services were retained to serve the Summons in a civil action addressed to La Barrique Pub Gourmand Inc.

That on May, 29, 2023 at 10am I tried to served the said document upon the defendant at 28, chemin Côte St-Louis Ouest, City of Blainville, Province of Québec.

That I was unable to serve the said document, there is no such actual occupant as the defendant. Nothing resembling a Pub or restaurant can be found at this address.

Signed at the city of Saint-Sauveur, Québec, May 29, 2023

Michel Di Fiore, huissier de justice

279, rue Principale, 1er étage, Saint-Sauveur (Québec) J0R 1R0   514.953.4081

francois@leblanc-hj.ca

| | |
|---|---|
| Canada | Province de Québec |
| District Cour | Massachusetts |
| Numéro Dossier | 1;23-CV-111 23-JCB |
| Client | André G. Mathieu, huissier de justice |

## Channel Fish Processing CO. inc

- c -

## La Barrique Pub Gourmand Inc.

### HONORAIRES

| | |
|---|---|
| Vac téléphones | 75,00$ |
| Réception courriel, copies | 45,00$ |
| Gestion T.h.p. | 19,00$ |
| Rapport | 15,00$ |
| Route | 25,80$ |
| Sous-total | 179,80$ |
| TPS   111 326 807 | 8,99$ |
| TVQ   101 265 238 7 | 17,94$ |
| Débours | |
| Total | 206,73$ |

**François Le Blanc, huissiers de justice**
279, rue Principale, 1er étage
Saint-Sauveur | Québec  J0R 1R0
Téléphone: 514 | 953 4081 • Télécopieur : 450 | 227 1123

---

### PROCÈS-VERBAL DE L'HUISSIER DE JUSTICE

Je soussigné, **Michel Di Fiore**, huissier de justice pour la province de Québec, ayant mon domicile professionnel au no. 279, rue Principale, 1er étage à Saint-Sauveur, certifie sous mon serment professionnel que le 29 mai 2023 à 10h je me suis rendu au 28, chemin de la Côte St-Louis Ouest à Blainville dans le but d signifier la **SUMMONS IN A CIVIL ACTION**

à La Barrique Pub Gourmand Inc.

ce que je n'ai pu faire vu que le destinataire est inconnu à cette adresse.

La distance parcourue est de 15 kilomètres.

Signé à Saint-Sauveur, le 29 mai 2023

Michel Di Fiore, h.j.

Référence | 2306,035