**United States district Court**
**District of Massachusetts**
**Civil Action No. 1:23-CV 11120-JCB**
**Channel Fish Processing Co. inc. vs La Barrique Pub Gourmand Inc.**

# AFFIDAVIT OF SERVICE

I, **François Le Blanc, bailiff for the Province of Quebec**
**MAKE OATH AND SAY AS FOLLOWS:**

On the 14th day of June, 2023, I served La Barrique Pub Gourmand inc. with the SUMMONS AND COMPLAINT, by having the legal notice published in the local newspaper Nord Info according to articles 135, 136 and 137 of the Code of Civil Procedure of the Province of Québec.

Signed at the city of Saint-Sauveur (Québec), June 14, 2023

François Le Blanc, huissiers de justice
279, rue Principale, 1er étage
Saint-Sauveur (Québec) J0R 1R0
Francois@LeBlanc-hj.ca

Canada • Province de Québec

| | |
|---|---|
| District de | |
| Cour | |
| Numéro | 1;23-CV-11123-JCB |
| Dossier | |
| Client | André G. Mathieu, huissier de justice |

Channel Fish Processing CO. inc

- c -

La Barrique Pub Gourmand Inc.

HONORAIRES

| | | |
|---|---|---|
| Rapport, rédaction d'avis et publication | • | 155,00$ |
| Dépôtcour | • | 33,00$ |
| Route | • | 25,80$ |
| Sous-total | • | 213,80$ |
| TPS 111 326 807 | • | 10,69$ |
| TVQ 101 265 238 | • | 21,33$ |
| Débours | • | 120,72$ |
| Total | • | 366,54$ |

**François Le Blanc, huissiers de justice**
279, rue Principale, 1er étage
Saint-Sauveur | Québec J0R 1R0
Téléphone: 514 | 953 4081 • Télécopieur: 450 | 227 1123

## PROCÈS-VERBAL DE L'HUISSIER DE JUSTICE

Je soussigné, **François Le Blanc**, huissier de justice pour la province de Québec, ayant mon domicile professionnel au no. 279, rue Principale, 1er étage à Saint-Sauveur, certifie sous mon serment professionnel que le 14 juin suivant **l'AVIS PUBLIC DE NOTIFICATION,** a été publié dans le journal Nordinfo circulant dans la localité où la partie défenderesse avait sa dernière adresse connue cet avis public.

J'ai déposé au greffe de la cour du Québec, à Saint-Jérôme, district de Terrebonne une copie de la **SUMMONS AND COMPLAINT.**

La distance parcourue est de 15 kilomètres.

Signé à Saint-Sauveur, le 14 juin 2023

François Le Blanc, h.j.

Référence | 2306,135

GROUPEJCL

AVIS STE-THÉRÈSE
1150, BOUL. GRANDE-ALLÉE 101
J7G 2T4 BOISBRIAND
CANADA

N° compte client : CL02440

Votre représentant : MAISON

## Bon de commande n° P019331

Saint Eustache, le 09 june 2023

| Désignation | Parution | Format / Qte | PU HT | Montant HT |
|---|---|---|---|---|
| FORMATS AUTRES / AVIS | | | | |
| AVIS DE NOTIFICATION - LA BARRIQUE PUB GOURMAND INC. | | | | |
| NORDINFO | 14/06/2023 | 2x30 | 93.00 | 93.00 |
| Internet régulier | | 1 | 12.00 | 12.00 |

EVEILNORDINFO DISTRICTWE
53 RUE SAINT-EUSTACHE
SAINT-EUSTACH, QC

VENTE

Gérant: 2
No Lot: 770
06/12/23
No. REF: 00000001
SEQ: 770001001001
09:12:17
CVC: M

CODE APPR: 06519I
VISA
************6993CA **/**

MONTANT $120.72

00 - APPROUVE - 001

Merci Thank You
Please Come Again

COPIE CLIENT

| | |
|---|---|
| Total HT | 105.00 |
| Montant taxes | 15.72 |
| TotalTTC | 120.72 |

Bon pour accord

(Signature et cachet)

)CUMENT N'EST PAS UNE FACTURE

N° T.P.S.: R103116406- N° T.V.Q. : 1000390816

AVIS PUBLIC DE NOTIFICATION
(Articles 136 et 137 C.p.c.)

Avis est donné à La Barrique Pub Gourmand Inc. de vous présenter au greffe de la cour supérieure du district de Terrebonne situé au 25 rue de Martigny Ouest à Saint-Jérôme dans les trente jours de la présente afin de recevoir la Summons in a civil and Complaint qui y a été laissé à votre attention dans la cause introduite devant le United States District Court du district de Massachusetts.

Vous devez répondre à cette demande dans le délai indiqué dans l'avis sans quoi un jugement par défaut pourrait être rendu contre vous et vous pourriez devoir payer les frais de justice.

Le présent avis est publié à la demande de François Le Blanc, huissier de justice qui a tenté de vous signifier ce document.

Saint-Sauveur, le 9 juin 2023

François Le Blanc, huissier de justice

REPÊCHÉ PAR L'ARMADA

# OLIVIER METCALFE RESTE À LA MAISON

L'Armada de Blainville-Boisbriand a puisé dans le talent d'ici, dès la 3e ronde du repêchage 2023 de la LHJMQ. Avec le 47e choix total, elle a sélectionné le hockeyeur de Boisbriand Olivier Metcalfe, le 10 juin, au Palais des sports de Sherbrooke.

« À moment donné, c'est moi qui étais le kid dans les estrades et maintenant ça va être moi qui sera sur la glace! », a confié un Olivier Metcalfe fébrile, excité et appréciant surtout le moment, accompagné de sa mère, son père, sa sœur et ses amis.

À l'inverse de ses coéquipiers des Vikings de Saint-Eustache repêchés avant lui : Alex Huang (Chicoutimi), Olivier Lampron (Baie-Comeau), Jordan Labelle (Val-d'Or), l'athlète de 16 ans n'aura certainement pas à traverser la province, ni même la ville pour poursuivre sa carrière.

Le meilleur scénario possible

Pour Olivier Metcalfe, un joueur de centre polyvalent qui s'inspire de [illegible] Bergeron, le scénario était si parfait qu'il peinait lui-même à le croire dans les instants suivant sa sélection. « Je ne le réalise pas encore. On en parle depuis tellement longtemps et c'est là que ça arrive. J'ai juste hâte de réaliser que c'est moi qui suis rendu-là! », a indiqué celui qui a déjà porté les couleurs de la « petite Armada », au Tournoi international de Hockey pee-wee de Québec de 2020.

Et puis, à Boisbriand, il sera non seulement familier avec la glace du Centre d'Excellence Sports Rousseau, avec plusieurs visages dans les gradins, mais aussi avec certains du vestiaire, car son coéquipier des Vikings, le vétéran Vincent Desjardins, fera le saut avec la Flotte l'an prochain.

« Vincent a vraiment été un pilier important pour notre équipe. Il m'a vraiment bien introduit dans les Vikings en tant que 15 ans, alors c'est sûr que je suis content d'aller le rejoindre », a souligné [illegible] capitaine des Seigneurs des Mille-Îles.

Pour en apprendre [illegible] sur [illegible] site web du Nord-Info pour [illegible] Olivier Metcalfe [illegible] de son rêve.

Photo : Armada de Blainville-Boisbriand

En 2020, Olivier Metcalfe avait porté les couleurs de la Flotte lors du Tournoi international de Hockey pee-wee de Québec.

## AVIS DE CLÔTURE D'INVENTAIRE

Avis est donné conformément au Code civil du Québec de la clôture de l'inventaire en regard de la succession Kevin SANDERSON, en son vivant domicilié au 1629, rue Delage, Boisbriand, Québec, J7G 3A9 et décédé le 27 avril 2023 à Boisbriand. Cet inventaire peut être consulté par toute personne ayant un intérêt, à l'étude de Me Jean-Luc Pagé, notaire, au 102, rue Féré, St-Eustache, Québec, J7R 2T5.

Saint-Eustache, le 31 mai 2023.

Me Jean-Luc Pagé, notaire

## AVIS PUBLIC DE NOTIFICATION

[illegible]

## ROSEMÈRE

APPEL D'OFFRES

PROJET: ST-259 2163?

TITRE : Services professionnels pour la préparation des plans et devis et la surveillance des travaux de rénovation à la bibliothèque

LA VILLE DE ROSEMÈRE DEMANDE DES SOUMISSIONS POUR LE PROJET SUIVANT:

DESCRIPTION DES TRAVAUX

[illegible]

DÉPÔT ET OUVERTURE DES SOUMISSIONS

Les soumissions scellées, portant [illegible] Service du Greffe, 100, rue Charbonneau, Rosemère, seront reçues jusqu'à 10h30, 13 juillet 2023 [illegible] publiquement au même endroit à cette même heure.

[illegible] SEAO.

DISPONIBILITÉ DES DOCUMENTS

Les documents [illegible] SEAO [illegible]

RESPONSABLE DE L'INFORMATION AUX SOUMISSIONNAIRES

Les demandes [illegible]

FAIT À ROSEMÈRE CE [illegible] mai 2023

BOIS-DES-FILION

APPEL D'OFFRES 2023-025

Fourniture d'une souffleuse à neige opérée sur le site de disposition des neiges usées pour une durée de deux (2) ans

## AVIS D'APPEL D'OFFRES PUBLIC

[illegible] souffleuse à neige [illegible] de son site de disposition des neiges usées.

Les documents d'appel d'offres [illegible] système électronique d'appel d'offres SEAO [illegible] du système. La Ville décline [illegible] système seraient incomplets ou manquants.

[illegible] à présenter une offre les soumissionnaires [illegible] ayant un établissement au Québec ou dans une province ou un territoire visé par un accord intergouvernemental de libération des marchés publics conclus avec le Québec et applicables à la Ville.

Pour toute question relative au présent appel d'offres les soumissionnaires doivent s'adresser exclusivement [illegible] responsable [illegible] ci-après.

Adam Lupien
Coordonnateur des travaux publics
Téléphone : (450) 621-1460 poste 3303
Télécopieur : (450) 621-8483
Courriel : alupien@ville.bdf.qc.ca

[illegible] à cette obligation par un soumissionnaire pourra entraîner le rejet de son offre.

Pour être conforme, l'offre doit être accompagnée d'une garantie de soumission d'une valeur minimale de dix pour cent (10 %) du montant total de l'offre (taxes incluses), valide pour une période de quatre-vingt-dix (90) jours suivant la date d'ouverture des offres, sous l'une des formes décrites ci-après :

- un chèque visé, ou une traite bancaire, [illegible] à l'ordre de Ville de Bois-des-Filion; ou
- un cautionnement de soumission émis par une compagnie d'assurance autorisée par l'Autorité des marchés financiers du Québec (AMF) à se porter caution.
- La garantie de soumission doit de plus être accompagnée d'une lettre d'engagement, émise par une compagnie d'assurance détenant un permis d'assureur délivré par l'AMF et l'autorisant à pratiquer l'activité de garantie, stipulant qu'un cautionnement représentant une valeur de cent pour cent (100 %) du montant total de l'offre (taxes incluses) sera accordé au soumissionnaire si son offre est retenue.

Les personnes intéressées doivent prendre note que la date limite pour déposer une plainte relativement à cet appel d'offres est le 26 juin 2023 à 16 h 30.

Votre offre scellée doit être déposée avant 11 h (heure légale du Québec) 6 juillet 2023 à l'adresse suivante :

Service de l'approvisionnement et gestion contractuelle
Hôtel de ville de Bois-des-Filion
375, boulevard Adolphe-Chapleau
Bois-des-Filion (Québec), J6Z 1H1

Les heures d'ouverture de l'hôtel de ville sont de 8 h 30 à 12 h et de 13 h à 16 h 30, du lundi au jeudi inclusivement et de 8 h 30 à 12 h, le vendredi.

Les offres reçues seront ouvertes publiquement le même jour, après 11 h.

La Ville de Bois-des-Filion ne s'engage à accepter ni la plus basse, ni aucune des offres reçues et n'assume aucune obligation de quelque nature que ce soit envers le ou les soumissionnaires.

[illegible]
Service de l'approvisionnement et gestion contractuelle