

# Rechercher une entreprise au registre

## État de renseignements d'une personne morale au registre des entreprises

| | |
|---|---|
| Renseignements en date du 2023-07-10 10:15:46 | |

## État des informations

### Identification de l'entreprise

| | |
|---|---|
| Numéro d'entreprise du Québec (NEQ) | 1169289940 |
| Nom | LA BARRIQUE PUB GOURMAND INC. |

### Adresse du domicile

| | |
|---|---|
| Adresse | 28 ch. de la Côte-Saint-Louis O<br>Blainville (Québec) J7C1B8<br>Canada |

### Adresse du domicile élu

| | |
|---|---|
| Adresse | Aucune adresse |

### Immatriculation

| | |
|---|---|
| Date d'immatriculation | 2013-07-05 |
| Statut | Immatriculée |
| Date de mise à jour du statut | 2021-05-11 |
| Date de fin d'existence prévue | Aucune date de fin d'existence n'est déclarée au registre. |

### Forme juridique

| | |
|---|---|
| Forme juridique | Société par actions ou compagnie |
| Date de la constitution | 2013-07-04 Constitution |
| Régime constitutif | QUÉBEC : Loi sur les sociétés par actions (RLRQ, C. S-31.1) |
| Régime courant | QUÉBEC : Loi sur les sociétés par actions (RLRQ, C. S-31.1) |

### Dates des mises à jour

| | |
|---|---|
| Date de mise à jour de l'état de renseignements | 2023-04-18 |
| Date de la dernière déclaration de mise à jour annuelle | 2021-06-09 2021 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2023 | 2024-01-01 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2022 | 2022-11-15 |

**Faillite**

L'entreprise n'est pas en faillite.

**Fusion, scission et conversion**

Aucune fusion ou scission n'a été déclarée.

**Continuation et autre transformation**

Aucune continuation ou autre transformation n'a été déclarée.

**Liquidation ou dissolution**

Aucune intention de liquidation ou de dissolution n'a été déclarée.

**Activités économiques et nombre de salariés**

**1$^{er}$ secteur d'activité**

| | |
|---|---|
| Code d'activité économique (CAE) | 5212 |
| Activité | Commerce de gros de produits alimentaires congelés et emballés |
| Précisions (facultatives) | - |

**2$^{e}$ secteur d'activité**

| | |
|---|---|
| Code d'activité économique (CAE) | 0161 |
| Activité | Culture des champignons |
| Précisions (facultatives) | - |

**Nombre de salariés**

Nombre de salariés au Québec

De 11 à 25

Proportion de salariés qui ne sont pas en mesure de communiquer en français au travail

Aucun renseignement n'a été déclaré.

## Convention unanime, actionnaires, administrateurs, dirigeants, bénéficiaires ultimes et fondé de pouvoir

### Actionnaires

#### Premier actionnaire

Le premier actionnaire est majoritaire.

| | |
|---|---|
| Nom de famille | DESBIENS |
| Prénom | GERARD |
| Adresse du domicile | Adresse non publiable |
| Adresse professionnelle | 28A ch. de la Côte-Saint-Louis O Blainville (Québec) J7C1B8 Canada |

### Convention unanime des actionnaires

Il n'existe pas de convention unanime des actionnaires conclue en vertu d'une loi du Québec ou d'une autre autorité législative du Canada.

### Liste des administrateurs

| | |
|---|---|
| Nom de famille | DESBIENS |
| Prénom | GERARD |
| Date du début de la charge | 2023-01-16 |
| Date de fin de la charge | |
| Fonctions actuelles | Président |
| Adresse du domicile | Adresse non publiable |
| Adresse professionnelle | 28A ch. de la Côte-Saint-Louis O Blainville (Québec) J7C1B8 Canada |

### Dirigeants non membres du conseil d'administration

Aucun dirigeant non membre du conseil d'administration n'a été déclaré.

### Déclaration relative aux bénéficiaires ultimes

Aucun renseignement n'a été déclaré.

### Fondé de pouvoir

Aucun fondé de pouvoir n'a été déclaré.

### Administrateurs du bien d'autrui

Aucun administrateur du bien d'autrui n'a été déclaré.

## Établissements

Aucun établissement n'a été déclaré.

### Documents en traitement

Aucun document n'est actuellement traité par le Registraire des entreprises.

## Index des documents

### Documents conservés

| Type de document | Date de dépôt au registre |
| --- | --- |
| Déclaration de mise à jour courante | 2023-04-18 |
| Déclaration de mise à jour courante | 2023-01-19 |
| Déclaration de mise à jour courante | 2022-03-25 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2021 | 2021-06-09 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2020 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2019 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2018 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2017 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2016 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2015 | 2021-05-11 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2014 | 2021-05-11 |
| Avis (arrêté) de révocation de radiation | 2021-05-11 |
| Radiation d'office | 2019-11-20 |
| Avis de défaut | 2019-09-04 |
| Déclaration de mise à jour courante | 2017-02-10 |
| Déclaration initiale | 2013-07-05 |
| Certificat de constitution | 2013-07-05 |

## Index des noms

| Date de mise à jour de l'index des noms | 2021-05-11 |
| --- | --- |

### Nom

| Nom | Versions du nom dans une autre langue | Date de déclaration du nom | Date de déclaration du retrait du nom | Situation |
| --- | --- | --- | --- | --- |
| LA BARRIQUE PUB GOURMAND INC. | | 2013-07-04 | | En vigueur |

### Autres noms utilisés au Québec

Aucun autre nom utilisé au Québec n'a été déclaré.

Québec

© Gouvernement du Québec